# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| VINCEL K. CHAMBERS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:22-CV-453 PLC |
| OFFICER WINDHAM, | ) ) ) | |
| Defendant. | ) ) | |

## MEMORANDUM AND ORDER

Upon review of the file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant Officer Windham on September 8, 2022. *See* ECF No. 25. Defendant Officer Windham, an alleged employee of the St. Louis County Jail, was served with process by the U.S. Marshals on August 30, 2022. Pursuant to Federal Rule of Civil Procedure 12, defendant's responsive pleading was due within twenty-one (21) days after being served, or on September 20, 2022.  As of the date of this Order, nothing has been filed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty (30) days of the date of this Order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as a proposed order for the Court's consideration, with respect to defendant Officer Windham.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order, along with plaintiff's amended complaint (ECF No. 13) and the Order issuing process (ECF No. 14), to the St. Louis County Jail, 100 S. Central Avenue, Clayton, Missouri 63105.

**Failure to comply with this order may result in dismissal without prejudice.**

/s/ Patricia L. Cohen
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of October, 2022